```
BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 1:13-MJ-00042 SAB |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS |
| ) | |
| v. ) | |
| ) | |
| DAVID J. MILDRUM, ) | |
| ) | |
| Defendant. ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Megan A. S. Richards, Assistant United States Attorney, submits this proposed order following its oral motion to dismiss in open court today, May 23, 2013.

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

Dated: May 23, 2013        By:    /s/ Megan A. S. Richards
                                                     MEGAN A. S. RICHARDS
                                                     Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the Information filed in United States v. David J. Mildrum, in Case No. 1:13-mj-00042 SAB, be dismissed in the interest of justice.
IT IS SO ORDERED.

Dated:   **May 24, 2013**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE